U.S. Department of Justice
U.S. Attorneys

FILED
OCT 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

MICHAEL J. PETERS

Case No. 06-301 (EGS)

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ~~20th~~ 19th day of October 2006 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on October 19, 2006 by FBI SA John Jacobs & NASA OIG SA Jason Cassata to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to 601 4th Street, NW, Washington DC for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXX~~) Sullivan

DOJ USA-16-1-80

COURT