UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 06-301 |
| | ) |
| MICHAEL J. PETERS | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

**<u>ORDER</u>**

AND NOW, this _____ day of October, 2006, upon consideration of the Motion for Admission *Pro Hac Vice* of Joe S. Ritenour, and for good cause shown, it is hereby ORDERED that said motion is GRANTED. Joe S. Ritenour is hereby admitted *pro hac vice* in this matter in accordance with Local Criminal Rule 44.1(d).

BY THE COURT:

_____
United States District Judge