UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) Criminal No.: 06-301 | |
| | ) | |
| MICHAEL J. PETERS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

FILED

NOV -8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

AND NOW, this _8th_ day of ~~October~~ November, 2006, upon consideration of the Motion for Admission *Pro Hac Vice* of Joe S. Ritenour, and for good cause shown, it is hereby ORDERED that said motion is GRANTED. Joe S. Ritenour is hereby admitted *pro hac vice* in this matter in accordance with Local Criminal Rule 44.1(d).

BY THE COURT:

_____
United States District Judge