**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES
        Plaintiff,

    vs.                                Criminal No. 06-301 (EGS)
MICHAEL J. PETERS
        Defendant.
_____
```

**ORDER**

On **NOVEMBER 21, 2006**, the defendant pled guilty to Counts 2 and 3 of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 26, 2007**; defendant's memorandum of law, if any shall be filed by no later than **FEBRUARY 2, 2007**; the Government's memorandum of law, if any shall be filed by no later than **FEBRUARY 9, 2007,** a reply, if any, shall be filed by no later than **FEBRUARY 16, 2007**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **FEBRUARY 23, 2007 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: November 22, 2006

                                        EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE