UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 06-301 |
| | ) |
| MICHAEL J. PETERS | ) |
| | ) |
| Defendant | ) |

## MOTION FOR MODIFICATION OF TRAVEL RESTRICTIONS

COMES NOW the Defendant, by counsel, and moves this Honorable Court for a modification of the travel restrictions set at the arraignment of the Defendant and in support thereof states as follows:

1. The Defendant appeared before this court on October 19, 2006 on the indictment filed herein.

2. As a term of the Defendant s release the court ordered that the Defendant could not travel outside a 100 mile radius of this court.

3. The Defendant has employment related meetings for CALNET, a Reston, Virginia, IT firm, in California beginning December 7, 2006 until December 15, 2006.

4. The Defendant s initial itinerary for said trip is as follows:

| | |
|---|---|
| 12/7/06 | Travel from Washington, D.C. to San Diego, California |
| 12/8/06 | Meetings with CALNET in its San Diego Office |
| 12/9/06 | Travel from San Diego to Los Angeles |
| 12/11/06- 12/12/06 | Meetings with Los Angeles City and County Government Representatives |
| 12/13/06 | Travel from Los Angeles to Sacramento |
| 12/13/06- 12/15/06 | Meetings with Solutions West and State of California Representatives |
| 12/16/06 | Travel from Sacramento to Washington, D.C. |

5. The Defendant will be available by cell phone at 540-729-7620 at all times during the

above-referenced trip.

6. The Defendant will immediately notify the court and pre-trial services of any changes in said itinerary.

In support of this motion, Defendant, by counsel, does respectfully represent to this Court:

1. The Defendant has been aware of the investigation with regard to these charges for several years.

2. The Defendant is an IT consultant whose job at this time requires travel outside the 100 mile radius imposed by this Court.

3. The Defendant voluntarily turned himself in to pre-trial services;

4. That the Defendant has been fully compliant with weekly reportings in person to pre-trial;

5) That the Defendant has no prior record other than traffic offenses.

WHEREFORE, the Defendant, by counsel, prays that this court modify his bond to accommodate the work related travel as indicated.

                Michael J. Peters
                By Counsel

_____
Frank Salvato, Esquire
1203 Duke Street
Alexandria, VA 22314
703-548-5000
Bar Number: 424082
Counsel for the Defendant

CERTIFICATE OF SERVICE

      I, Frank Salvato, do hereby certify that a true copy of the foregoing Motion for Modification of Travel Restrictions was sent via first class mail, postage prepaid to Virginia Cheatham, Attorney for the United States in and for the District of Columbia, Judiciary Center, 555 4th Street, N.W., Washington, D.C. 20530 this ____ day of December, 2006.

_____

Frank Salvato