UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-301(EGS) |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. PETERS,** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO TRAVEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that it does not oppose the defendant's motion (filed December 1, 2006) for travel to California from December 7, 2006 to December 15, 2006.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732