Case 1:06-cr-00301-EGS    Document 14    Filed 12/06/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL J. PETERS, )<br>)<br>Defendant. )<br>) | Criminal No. 06-301 (EGS) |

### ORDER

Upon consideration of the unopposed Motion for Modification of Travel Restrictions filed by the defendant, and the entire record, it is

**ORDERED** that the release conditions for the defendant are amended as follows: the defendant is permitted to travel to California from December 7, 2006, until December 16, 2006, according to the itinerary specified in the motion; and it is

**FURTHER ORDERED** that all other release conditions are to remain the same.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

12/5/06
Date