HONORABLE EMMIT G. SULLIVAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-301</u> – *EGS* |
| | : | |
| vs. | : | SSN: |
| | : | |
| PETERS, Michael J | : | Disclosure Date: <u>January 19, 2007</u> |

**FILED**

MAR 21 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the
    attachment herein.

_____
Prosecuting Attorney

_____
Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ✓ )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the
    attachment.

_____   2/2/07
Defendant        Date

_____   2-2-07
Defense Counsel      Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>February 02, 2007</u>, to U.S. Probation Officer <u>Renee
Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed by:** _____
**(Defendant/Defense Attorney/AUSA)**

**Date:** _____