PROB 12B-ORDER-DC
(Rev. 03/07)

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Michael Peters**                    Docket No.: **CR 06-301**

**REQUEST FOR COURSE OF ACTION
(Modification of Conditions)**

COMES NOW **Van Hoang**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Peters**, who was placed on Probation by the Honorable Emmet G. Sullivan, United States District Judge, sitting in the Court at Washington, D.C., on the **21** day of **March, 2007**, who fixed the period of Probation at **2** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants;

2) participate in an alcohol program which includes motor vehicle responsibility, as directed by the Probation Office;

3) perform 500 hours of community service involving the military, within the District of Columbia, as approved and directed by the Probation Office;

4) provide income tax returns, authorization for release of credit of information, and any other business or financial information in which he has a control or interest;

5) pay $100 Special Assessment, and $25,500 Fine.

Supervision commenced March 21, 2007, and is scheduled to expire March 20, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At this time, we are asking the Court to vacate Mr. Peters' 500 hours of community service.

**PETERS, Michael**
**Docket No.: CR 06-301**
**Page 2**

Respectfully submitted,

Van Hoang
United States Probation Officer
(202) 565-1350

Approved By:

Shari L. McCoy, Supervising
United States Probation Officer