**FILED**
NOV 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Michael Peters**                                    Docket No.: **CR 06-301**

REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that the 500 hours of community service be vacated.

ORDER OF COURT

Considered and ordered this _____14TH_____ day of _____November_____, 2007.

Emmet G. Sullivan
United States District Judge

_____
Date